## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jackson, Reenee M | Case Number:  08 B 24296 |
| | Judge:  Squires, John H |
| Printed: 01/22/09 | Filed:  9/12/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  November 17, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,690.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 2,690.00 |
| Totals: | 2,690.00 | 2,690.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Green Tree Acceptance Inc | Secured | 0.00 | 0.00 |
| 2. | Green Tree Acceptance Inc | Secured | 0.00 | 0.00 |
| 3. | Central Credit Union of Illino | Secured | 3,512.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 8,726.79 | 0.00 |
| 5. | Cook County Treasurer | Secured | 8,270.13 | 0.00 |
| 6. | American General Finance | Secured | 4,436.00 | 0.00 |
| 7. | American General Finance | Secured | 17,500.00 | 0.00 |
| 8. | American General Finance | Secured | 12,000.00 | 0.00 |
| 9. | Governors State University | Unsecured | 110.00 | 0.00 |
| 10. | Central Credit Union of Illino | Unsecured | 71.45 | 0.00 |
| 11. | Wellgroup Health Partners | Unsecured | 15.87 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 52.07 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 248.60 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 63.60 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 584.20 | 0.00 |
| 16. | Capital One | Unsecured | 458.28 | 0.00 |
| 17. | USA Payday Loans | Unsecured | 71.17 | 0.00 |
| 18. | Cook County Treasurer | Secured | | No Claim Filed |
| 19. | American General Finance | Secured | | No Claim Filed |
| 20. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 21. | Bayview Loan Servicing | Secured | | No Claim Filed |
| 22. | Bayview Loan Servicing | Secured | | No Claim Filed |
| 23. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 24. | CB USA | Unsecured | | No Claim Filed |
| 25. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 26. | Chase | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Jackson, Reenee M

Printed: 01/22/09

Case Number:  08 B 24296

Judge:  Squires, John H

Filed:  9/12/08

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Debt Credit Service | Unsecured | | No Claim Filed |
| 28. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 29. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 30. | FMS Inc | Unsecured | | No Claim Filed |
| 31. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 32. | Octavia Heyward | Unsecured | | No Claim Filed |
| 33. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 34. | MRSI | Unsecured | | No Claim Filed |
| 35. | Nicor Gas | Unsecured | | No Claim Filed |
| 36. | MRSI | Unsecured | | No Claim Filed |
| 37. | Cook County Treasurer | Unsecured | | No Claim Filed |
| 38. | Payday Loan | Unsecured | | No Claim Filed |
| 39. | Tiggs, Reginald | Unsecured | | No Claim Filed |
| 40. | Title Lenders | Unsecured | | No Claim Filed |
| 41. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 42. | Asset Management Out | Unsecured | | No Claim Filed |
| 43. | Illinois Collection Service | Unsecured | | No Claim Filed |
| | | | $ 56,120.16 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

